**DISMISS; and Opinion Filed March 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01007-CV

### DOROTHY J. HAIGHT, Appellant
### V.
### NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0173**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Pedersen, III

Appellant's brief has not been filed despite appellant being cautioned by order dated February 14, 2019 that failure to file the brief, or an extension motion, by March 1, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1); 42.3(b), (c).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

181007F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOROTHY J. HAIGHT, Appellant

No. 05-18-01007-CV     V.

NATIONAL JUDGMENT RECOVERY
CENTER, L.P. AS ASSIGNEE OF
UNIFUND CCR PARTNERS, Appellee

On Appeal from the County Court at Law,
Rockwall County, Texas
Trial Court Cause No. 1-18-0173.
Opinion delivered by Justice Pedersen, III.
Justices Brown and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS recover its costs of this appeal from appellant DOROTHY J. HAIGHT.

Judgment entered this 27th day of March, 2019.